## ELLIOTT *v.* BRUNER ET AL.

From the Marion Circuit Court.

*J. S. Harvey,* for appellant.
*A. C. Ayres* and *E. A. Brown,* for appellees.

NIBLACK, J.—This action was based upon certain proceedings, had before the common council of the City of Indianapolis, for the construction of a sewer in and along Missouri Street, from the north side of Market street to Kentucky Avenue.

Augustus Bruner and Russell M. River, the plaintiffs below, became the contractors for the construction of such sewer, and a portion of the cost of its construction was assessed against a contiguous lot of ground, fronting on Missouri Street and belonging to Calvin A. Elliott, the defendant.

There was a judgment in favor of the plaintiffs, in the circuit court, and the amount of the judgment was decreed to be a lien on the defendant's said lot.

It is agreed, between the parties, that the questions presented in this case are substantially the same as those involved in the case of *McGill* v. *Bruner,* 65 Ind. 421, decided at the present term of this court, and that the decision in that case shall be decisive of this.

Upon the authority of that case, the judgment in this case is affirmed, at the costs of the appellant.

## LIMING *v.* NESBITT ET AL

From the Franklin Circuit Court.

*W. H. Jones* and *J. R. McMahan,* for appellant.
*J. F. McKee* and *D. W. McKee,* for appellees.

PERKINS, J.—This is a motion by the appellees, to dismiss the appeal and strike the cause from the docket. The judgment appealed from was rendered in March, 1877.

The appeal was taken and filed March 14th, 1878. Errors were assigned at the May term, 1878. The motion to dismiss was made on the 27th of November, 1878, and was supported by the affidavit of appellees, that Thomas E. Liming, whose name appears as the appellant, departed this life on the 18th day of August, 1877, seven months before the appeal was taken. The name of no executor or administrator has been substituted, if such substitution could be made. The death of Liming, as alleged in the affidavit of Nesbitt, is not controverted. Upon the authority of the case of *Taylor* v. *Elliott,* 53 Ind. 441, the motion to strike from the docket must be sustained. The appeal should have been taken under section 552, 2 R. S. 1876, p. 240. This section contains a misprint of *no* for *an.*

Motion sustained.